# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 09699 |
| Tonika L Greenwood | ) | HON. Deborah L. Thorne |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## NOTICE OF MOTION

TO:  Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604; via electronic notification;

Please take notice that on July 17, 2019, at 9:30 a.m., I shall appear before the Honorable Deborah L. Thorne in Courtroom 613 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent this notice and the attached motion on July 1, 2019, to the above referenced Chapter 13 Trustee via electronic court notice via regular U.S. Mail.


___/s/ *Rigoberto Garcia*____
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
|  | ) CASE NO. 18 B 09699 |
| Tonika L Greenwood | ) HON. Deborah L. Thorne |
|  | ) CHAPTER 13 |
| DEBTOR. | ) |

## MOTION TO VOLUNTARILY DISMISS

NOW COMES Tonika L Greenwood, ("Debtor"), by and through their attorneys, The Semrad Law Firm, LLC, and move this Honorable Court to enter an Order Voluntarily Dismissing Tonika L Greenwood as set forth below, and in support thereof state as follows:

1. Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on April 2, 2018.

2. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

3. That this Honorable Court confirmed Debtor's Plan Chapter 13 Plan on August 1, 2018.

4. Tonika L Greenwood no longer wishes to continue with the Chapter 13 Plan of reorganization.

5. Debtor respectfully requests this Honorable Court to dismiss Tonika L Greenwood.

WHEREFORE, the Debtors pray this Honorable Court for the following relief:

A. That this Honorable Court enter an order dismissing Tonika L Greenwood; and

B. For such other relief as the Court deems fair and proper.

Respectfully Submitted,

　　/s/ *Rigoberto Garcia*
Attorney for Debtor
The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
 (312) 913-0625