UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 18-09699

Tonika L Greenwood )

) Chapter: 13

) Honorable Deborah L. Thorne

Debtor(s) )

## ORDER VOLUNTARILY DISMISSING CASE

THIS CAUSE COMING TO BE HEARD on Motion of the Debtor, the Court having jurisdiction over the Debtor and the subject matter and being duly advised in the premises, due notice having been given to the Debtor entitled thereto,

IT IS HEREBY ORDERED:

1. That Debtor is hereby voluntarily dismissed from the plan of reorganization.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: July 17, 2019

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark St. 28th Floor,
Chicago, IL 60603